TRACY L. ZUBROD, Chapter 7 Trustee
CHAPTER 7 TRUSTEE
1907 HOUSE AVE
CHEYENNE, WY  82001
PHONE: (307) 778-2557

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 SEP 23  PM 1: 15

TIM J. ELLIS

Rcpt# 60358 qK

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re:<br>    YOTHER, ANGELA WILLIAMS<br><br><br><br>    Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 08-20817 PJM |

### TRANSMITTAL OF UNCLAIMED FUNDS

I, TRACY L. ZUBROD, Chapter 7 Trustee, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| **NAME** | **ADDRESS** | **AMOUNT** |
|---|---|---|
| Ashley Valley Medical Center, | 151 West 200 North, Vernal, UT  84078 | $266.22 |

DATED: September 21, 2010.

_____
TRACY L. ZUBROD
Chapter 7 Trustee, Trustee in Bankruptcy